01

02

03

04

05                UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
06                      AT SEATTLE

07  JEFFREY DUANE MOSES,        )   CASE NO.: C06-1105-MJP-MAT
                                  )
08        Petitioner,          )
                                  )
09        v.                )   ORDER RE:
                                  )   SUPPLEMENTAL BRIEFING
10  ALICE PAYNE,            )
                                  )
11        Respondent.       )
     _____)

12

13        Having reviewed the briefing submitted in support of and in opposition to petitioner's

14  petition for habeas corpus, the Court finds that supplemental briefing would be useful in two

15  respects. First, respondent argues that petitioner failed to exhaust his third claim for habeas relief,

16  but fails to offer an alternative argument on the merits. Second, in respondent's "Supplemental

17  Answer" (Dkt. 12), which the Court construes as a reply to her answer, respondent raises a new

18  argument in opposition to petitioner's first ground for relief. Accordingly, respondent shall submit

19  briefing as to the merits of petitioner's third ground for relief on or before **November 8, 2006**, and

20  petitioner shall submit a response to that argument <u>and</u> the new argument raised in respondent's

21  reply on or before **November 22, 2006**. Respondent's answer is hereby renoted for consideration

22  as of **November 22, 2006** and the Clerk is directed to send copies of this Order to counsel for

ORDER RE: SUPPLEMENTAL BRIEFING
PAGE -1

01  petitioner, counsel for respondent, and the Honorable Marsha J. Pechman.

02      DATED this 25th day of October, 2006.

03

04  _____
    Mary Alice Theiler
    United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: SUPPLEMENTAL BRIEFING
PAGE -2